IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas Ryan, et al.,

      Plaintiffs,                      No. CIV S-10-2928 WBS GGH PS

      vs.

BAC Home Loans Servicing, LP,

      Defendant.                    <u>ORDER</u>

_____/

        Defendant has requested an extension of time to file a responsive pleading to the complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's November 24, 2010 request for an extension of time is granted; and

        2. Defendant is granted until December 17, 2010 to file and serve a response to the complaint.

DATED: December 2, 2010

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

GGH:076/Ryan2928.36.wpd