**BRYAN CAVE LLP**
Bahareh Mostajelean, California Bar No. 258903
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email:         bahareh.mostajelean@bryancave.com

**BRYAN CAVE LLP**
Sean K. McElenney, California Bar No. 160988
Two North Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Telephone:   602-364-7000
Facsimile:   602-364-7070
Email:       skmcelenney@bryancave.com

Attorneys for Defendant
BAC HOME LOANS SERVICING, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Thomas & Karen Ryan,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>BAC Home Loans Servicing, LP,<br><br>                    Defendant. | Case No. 2:10-cv-02928-WBS-GGH<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, and Proposed Order]<br><br>Hon. William B. Shubb<br><br>Date:       February 14, 2011<br>Time:       2:00 p.m.<br>Courtroom:  5, 14th Floor<br><br>Complaint Filed: November 01, 2010<br><br>Trial Date:   Not Assigned |

**TO ALL PARTIES IN PRO PER:**

**PLEASE TAKE NOTICE** that on February 14, 2011, or as soon thereafter as the matter may be heard in Courtroom 5, on the 14th Floor, of the above-entitled Court, located at 501 I Street, Defendant BAC HOME LOAN SERVICING, LP ("Defendant") will, and hereby does, move this Court, the Honorable William B. Shubb presiding, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint of Plaintiffs Thomas and Karen Ryan ("Plaintiffs") in its entirety for failure to state any claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, Request for Judicial Notice ("RJN") and exhibits attached thereto, Proposed Order, and all pleadings and papers on file in this action, and such other and further matters as the Court may consider.

Dated:  December 17, 2010          **BRYAN CAVE LLP**
Sean K. McElenney
Bahareh Mostajelean

By:   /s/ S.K. McElenney
          Sean K. McElenney
Attorneys for Defendant
BAC HOME LOANS SERVICING, LP