**BRYAN CAVE LLP**
Bahareh Mostajelean, California Bar No. 258903
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:           bahareh.mostajelean@bryancave.com

**BRYAN CAVE LLP**
Sean K. McElenney, California Bar No. 160988
Two North Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Telephone:   602-364-7000
Facsimile:    602-364-7070
Email:         skmcelenney@bryancave.com

Attorneys for Defendant
BAC HOME LOANS SERVICING, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS & KAREN RYAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAC Home Loans Servicing, LP,<br><br>    Defendant. | Case No. 2:10-cv-02928-WBS-GGH<br><br>**CERTIFICATE OF SERVICE**<br><br>Honorable Gregory G. Hollows<br><br>. |

.PX01DOCS\681949.1

# CERTIFICATE OF SERVICE

I am employed in the City of Phoenix, County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the action. My business address is: Two North Central Avenue, Suite 2200, Phoenix, AZ 85004.

On December 17, 2010, I caused to be served on the interested parties in said action:

1. **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**
2. **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**
4. **PROPOSED ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

by placing a true copy thereof in a sealed envelope(s) addressed to each as follows:

Thomas and Karen Ryan
4446 Lazy Lane
San Jose, CA 95135

[ ] **BY PERSONAL DELIVERY** - I hand delivered the documents via Western Messenger to party by close of business day today.

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Phoenix, Arizona in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Executed on December 17, 2010, at Phoenix, Arizona.

/s/ Cathy Russell