1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Thomas & Karen Ryan,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BAC Home Loans Servicing, LP,<br><br>　　　　　　Defendant. | Case No. 2:10-cv-02928-WBS-GGH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[Filed concurrently with Motion to Dismiss]<br><br>Hon. William B. Shubb<br><br>Date:　　　February 14, 2011<br>Time:　　　2:00 p.m.<br>Courtroom:　5, 14th Floor<br><br>Complaint Filed: November 01, 2010<br><br>Trial Date:　Not Assigned |

1  Defendant BAC Home Loan Servicing, LP's Motion to Dismiss Plaintiff's Complaint came for hearing before this court, the Honorable William B. Shubb presiding, on February 14, 2011, Sean K. McElenney appeared on behalf of Defendant BAC Home Loan Servicing, LP. Plaintiffs appeared in propia persona.

Having read and considered the Motion and all papers submitted by the parties in support thereof and in opposition thereto, and having heard and considered the oral argument of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss is granted in its entirety without leave to amend on the grounds that the Complaint and each purported claim for relief contained in the Complaint fail to state a claim upon which relief can be granted against Defendant and no amendment can cure the defect;

2. The Complaint shall be, and hereby is, dismissed without leave to amend.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE