IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas Ryan, et al.,

      Plaintiffs,                        No. CIV S-10-2928 WBS GGH PS

    vs.

BAC Home Loans Servicing, LP,

      Defendant.                    ORDER

_____/

        Plaintiffs are proceeding in this action pro se and have paid the filing fee. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs have filed a proposed order granting permission to utilize electronic filing pursuant to the rules of the District of Arizona.

        Plaintiffs are informed that the local rules of this court provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E. D. Cal. L. R. 133(b)(2). Requests to use electronic filing may be submitted as written motions setting out an explanation of reasons for the requested exception. E. D. Cal. L. R. 133(b)(3) ("Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities

1

1  are not required, and no argument or hearing will normally be held. . . .")

2        Plaintiffs have not filed a motion to utilize electronic filing but only a proposed
3  order, have not shown good cause for electronic filing, and have not properly cited to the Eastern
4  District of California's Local Rules in support of any request.  Accordingly, plaintiffs' request to
5  file their papers electronically will be denied subject to reconsideration upon a proper motion
6  demonstrating good cause.

7        Accordingly, IT IS ORDERED that plaintiffs' request to file their papers
8  electronically is DENIED subject to reconsideration upon a proper motion demonstrating good
9  cause.

10  DATED: January 5, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

GGH:076
Ryan2928.ecf.wpd

2