IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas Ryan, et al.,

      Plaintiffs,                No. CIV S-10-2928 WBS GGH PS

    vs.

BAC Home Loans Servicing, LP,

      Defendant.               <u>ORDER</u>

_____/

        Presently before the court is plaintiffs' motion for preliminary injunction, filed February 4, 2011. Plaintiffs seek to prevent a foreclosure sale of their house which apparently was scheduled on February 4, 2011, according to their papers. Therefore, the motion apparently became moot on the date they filed it. In any event, to the extent the motion is not moot and needs to be addressed, it will be addressed at the hearing on defendant's motion to dismiss, currently scheduled for February 17, 2011.

        IT IS SO ORDERED.

DATED: February 8, 2011

                              /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Ryan2928.pi.wpd