**BRYAN CAVE LLP**
Bahareh Mostajelean, California Bar No. 258903
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:      (415) 675-3400
Facsimile:       (415) 675-3434
Email:             bahareh.mostajelean@bryancave.com

**BRYAN CAVE LLP**
Sean K. McElenney, California Bar No. 160988
Two North Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Telephone:   602-364-7000
Facsimile:    602-364-7070
Email:         skmcelenney@bryancave.com

Attorneys for Defendant
BAC HOME LOANS SERVICING, LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Thomas & Karen Ryan,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BAC Home Loans Servicing, LP,<br><br>　　　　　Defendant. | Case No. 2:10-cv-02928-WBS-GGH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Magistrate Judge Gregory G. Hollows<br><br>Date:       February 17, 2011<br>Time:       10:00 a.m.<br>Courtroom: 9, 13th Floor<br><br>Complaint Filed: November 01, 2010<br><br>Trial Date:   Not Assigned |

**TO ALL PARTIES IN PRO PER:**

   **PLEASE TAKE NOTICE** that on February 17, 2011 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 9, on the 13th Floor, of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814, Defendant BAC HOME LOAN SERVICING, LP

("Defendant") will, and hereby does, move this Court, the Honorable Magistrate Judge Gregory G. Hollows presiding, pursuant to Federal Rule of Evidence 201, to take judicial notice of the documents attached to this Request for Judicial Notice ("RJN") as Exhibits A and B.

Exhibit A:  Response to Rule 12 Motion, filed by Plaintiff Hasmik Avetisyan in <u>Avetisyan v. BAC Home Loans</u>, United States District Court for the Central District of California, Case No. CV10-05655 MMM (AGRx), filed September 7, 2010.

Exhibit B:  Response to Rule 12 Motion, filed by Plaintiffs Kevin and Kathleen Vasconcellos in <u>Vasconcellos v. Wells Fargo Home Loan Mortgage, Inc.</u>, United States District Court, District of Oregon Case No. CV10-757 ST, filed August 26, 2010.

This Request is based on the attached Memorandum of Points and Authorities, and all pleadings and papers on file in this action, and such other and further matters as the Court may consider.

Dated:  February 10, 2011

**BRYAN CAVE LLP**
Sean K. McElenney
Bahareh Mostajelean

By:   /s/ S.K. McElenney
      Sean K. McElenney
Attorneys for Defendant
BAC HOME LOANS SERVICING, LP
BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION.

Defendant requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the attached Exhibits A and B. These documents are matters of public record.

## II. JUDICIAL NOTICE IS PROPER.

Defendant requests that the Court consider the attached Exhibits because they are not subject to reasonable dispute.

FRE 201 gives the Court the power to take judicial notice of facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FRE 201(b). This Court may take judicial notice of documents that are matters of public record without converting a motion to dismiss into a motion for summary judgment. *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (holding district court, when determining whether complaint fails to state a claim, may take "judicial notice of matters of public record outside the pleadings[.]").

The above-mentioned documents are proper subjects of judicial notice because they are a matter of public record, publicly available, and whose accuracy are not reasonably subject to debate. FRE 201(b).

## III. CONCLUSION.

For the foregoing reasons, Defendant respectfully requests the Court take judicial notice of the attached Exhibits.

Dated: February 10, 2011

**BRYAN CAVE LLP**
Sean K. McElenney
Bahareh Mostajelean

By:      /s/ S.K. McElenney
          Sean K. McElenney
Attorneys for Defendant
BAC HOME LOANS SERVICING, LP

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is Two N. Central Avenue, Suite 2200, Phoenix, AZ 85004-4406.

On February 10, 2011, I served the foregoing document, described as Request for Judicial Notice on each interested party in this action, as follows:

Thomas & Karen Ryan
4446 Lazy Lane
San Jose, CA 95135
Plaintiffs Pro Per

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Phoenix, AZ. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (602) 364-7070 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on February 10, 2011, at Phoenix, Arizona.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

/s/Cathy Russell
Cathy Russell