# EXHIBIT "B"

Kevin & Kathleen Vasconcellos
16791 Southwest Sarala St
Beaverton, OR  97007

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **Kevin & Kathleen Vasconcellos** | Case #   3:2010-cv-00757 |
| Plaintiff, | |
| vs. | **RESPONSE TO RULE 12** |
| **Wells Fargo Home Loan Mortgage Inc** | **MOTION** |
| Defendant | |

Date: 8-26-2010

Comes now    Kevin & Kathleen Vasconcellos, hereinafter referred to as "Petitioner," and moves the court for relief as herein requested:

### PARTIES

Petitioner is  Kevin & Kathleen Vasconcellos,  16791 Southwest Sarala St    Beaverton OR 97007.  Currently Known Defendant(s) are/is:  Wells Fargo Home Loan Mortgage Inc

(1)   The Plaintiff, in her Original Petition, plead that Defendant charged false fees as stipulated to Plaintiff as listed on the HUD 1 Settlement Statement, included as Exhibit 1. Plaintiff specifically plead that Defendant, at the time of settlement of the contract, Defendant failed to provide documentation to establish that said fees were not included in those fees expressly addressed by the Real Estate Settlement Procedures Act as forbidden to be charged to Plaintiff at settlement.

(2) Plaintiff stipulated each fee charged with particularity.  Plaintiff calculated the precise amount that Plaintiff would have overpaid the note had Plaintiff paid off the note as stipulated by the Truth In Lending Statement provided by Defendant (see Exhibit 2).

Plaintiff specifically alleged that said fees were fraudulent.    Plaintiff alleged that Defendant failed to provide full disclosure by failing to provide documentation to prove that the above fees were authorized by law, that the services alleged provided were necessary, that the amount charged for each service was necessary, and that Defendant did not take an undisclosed markup on said fees.

(3)   Plaintiff further alleged that Defendant, acting in concert and collusion with the loan broker, toward the perpetration of a carefully contrived connivance, provided the amounts listed in the HUD 1 Settlement Statement, to the loan broker as an undisclosed yield spread premium.    Said undisclosed yield spread premium is alleged to be in addition to the one percent loan origination fee, charged to Plaintiff, as allowed by law. Plaintiff alleged that said payment to the broker of undisclosed yield spread premium was a predicate act intended to improperly influence loan broker to misrepresent facts to Plaintiff, to give partial disclosure of those facts which would appear favorable to the intent of the loan broker, while failing to give full disclosure of other facts that would not seem favorable to the contract.

(4)   By the above, Plaintiff stated a claim for which recovery could be had, and therefore, Defendant's motion to dismiss is frivolous. Plaintiff moves the court to deny Defendant's pleading, or, in the alternative, treat Defendant's pleading as a request for more definite statement, in which case, Plaintiff will provide a more definite statement as requested.

(5)   Further, Plaintiff moves the court to order sanctions against Defendant for filing a frivolous pleading and for failing to speak with candor to the court as Defendant is totally inept or acted with deliberate intent to improperly influence the court with false pleadings.

(6)   Lastly, on the issue of service, Plaintiff has hired a process server to re-serve the paperwork upon the defendant. Proof of service will be filed with the court when it received by the Plaintiff.

**Respectfully Submitted,**

Kathleen Vasconcello    K. Torvello

Kevin Vasconcellos        Kathleen Vasconcellos

## CERTIFICATE OF SERVICE

We Kevin & Kathleen Vasconcellos, do swear and affirm that I have served a signed copy of this response to rule 12 motion to any and all defendants by way of U.S.P.S. Certified mail #

7609 3410 0000 1144 0943 On the 26th day of August, 2010.

Kevin & Kathleen Vasconcellos
16791 Southwest Sarala St
Beaverton, OR  97007

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_Jennifer Eddy_

**NOTARY PUBLIC IN AND FOR**
**THE STATE OF OREGON**

> OFFICIAL SEAL
> **JENNIFER EDDY**
> NOTARY PUBLIC-OREGON
> COMMISSION NO. 432071
> MY COMMISSION EXPIRES SEPTEMBER 1, 2012

**Notary Seal**