Thomas & Karen Ryan
4446 Lazy Lane
San Jose, CA 95135
(408) 274-7811
karen.ryan45@gmail.com



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| THOMAS AND KAREN RYAN | No. 2:10-cv-02928-WBS-GGH |
|---|---|
| Plaintiffs, | |
| Vs | **MOTION TO COURT FOR LEAVE TO** |
| BAC Home Loans Servicing, LP | **FILE ELECTRONICALLY** |
| Defendant | Hon. Gregory G. Hollows |

Plaintiffs, Thomas and Karen Ryan, come before the court as an unrepresented party appearing Pro Se, to move the court for leave to be able to file electronically. Our reasons for the requested exception are: E. D. Cal. L. R. 143 (1).

1. 24 hour access to file

2. immediate creation of docket entries

3. immediate access to updated docket sheets and to the documents themselves

4. potential elimination of paper files that can be misplaced or lost

5. savings in copying, courier and noticing costs

6. We have an account on Pacer.

- 1 -

Believing these reasons demonstrate good cause, E. D. Cal. L. R. 133(b)(3), we request U. S. Magistrate Judge Gregory G. Hollows to reconsider his order to deny permission to file electronically, dated January 5, 2011, and permit us to file electronically through an Order in the U. S. District Court, Eastern District of California, Sacramento, Division.

Respectfully submitted,

_____ Date 3/1/11        _____ Date 3/1/11
Thomas Ryan                                 Karen Ryan

- 2

**IT IS ORDERED,**

**GRANTING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney in this case only. The party is required to comply with all rules outlined on the Eastern District of California's, Sacramento Division Case Management/Electronic Case Filing website.

DATED this _____ day of March , 2011.

    Hon. Gregory G. Hollows

    United States District/Magistrate Judge

Verification

We, Thomas Ryan and Karen Ryan, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of our knowledge.

_____ Date 3/1/11                    _____ Date 3/1/11
Thomas Ryan                                     Karen Ryan
4446 Lazy Lane                                  4446 Lazy Lane
San Jose, CA 95135                              San Jose, CA 95135


The Persons above, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to this document and acknowledged to me that he/she executed the same in their authorized capacity and that by their signature on this instrument who are the persons who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.


**NOTARY PUBLIC IN AND FOR**                    **Notary Seal**
**THE STATE OF CALIFORNIA**

*See attached certificate*
*CA notary*
*3-1-11*

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of  Santa Clara

On March 1, 2011 before me, Cheryl McLaughlin Notary public,
(Here insert name and title of the officer)

personally appeared Thomas Ryan and Karen Ryan
.

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

CHERYL MC LAUGHLIN
Comm. No. 1895226
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires July 27, 2014

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

Motion to Court for
(Title or description of attached document)

leave to file electronically
(Title or description of attached document continued)

Number of Pages _____ Document Date 3-1-11

(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

# CERTIFICATE OF SERVICE

We, Thomas and Karen Ryan, do swear and affirm that we have served a signed copy of the following documents: Motion for Leave to File Amended Pleading and Memorandum in Support of Motion for Leave to File Amended Pleading; Objections to Magistrate Judge's Findings and Recommendations; and Amended Complaint, to any and all Defendants by way of U.S.P.S. Certified mail # 7010 1670 0001 3773 0692 and return receipt on the 1st day of March, 2011.

BAC Home Loans Servicing, LP
C/O BRYAN CAVE LLP
Bahareh Mostajelean
2Embarcadero Center, Suite 1410
San Francisco, CA 94111

_Thomas Ryan_ Date 3/1/11    _Karen Ryan_ Date 3/1/11
Thomas Ryan                   Karen Ryan
4446 Lazy Lane                4446 Lazy Lane
San Jose, CA 95135            San Jose, CA 95135

The Persons above, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to this document and acknowledged to me that he/she executed the same in their authorized capacity and that by their signatures on this instrument who are the persons who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
**NOTARY PUBLIC IN AND FOR**         Notary Seal
**THE STATE OF CALIFORNIA**

_See attached CA notary certificate 3-1-11_

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Santa Clara

On March 1, 2011 before me, Cheryl McLaughlin Notary Public,
(Here insert name and title of the officer)

personally appeared Thomas Ryan and Karen Ryan,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

CHERYL MC LAUGHLIN
Comm. No. 1895226
NOTARY PUBLIC · CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires July 27, 2014

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

Certificate of Service
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date 3-1-11

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual(s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document