Thomas & Karen Ryan
4446 Lazy Lane
San Jose, CA 95135
(408) 274-7811
karen.ryan45@gmail.com



FILED

MAR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS AND KAREN RYAN<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP<br><br>Defendant | No. 2:10-cv-02928 WBS GGH PS<br><br>REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PLEADING<br><br>Hon. GREGORY G. HOLLOWS |

We, the Plaintiffs, Thomas and Karen Ryan, respectfully request to respond to the Response to the Motion for Leave to File Amended Pleading by BAC Home Loans Servicing (BAC), Defendants. We will demonstrate we have complied with the Federal Rules of Civil Procedure and have clearly stated claims and allegations which BAC has not responded to and has ignored.

BAC (Bank of America Customer Loan Servicing, LP) states we have not met the Rules of Civil Procedure 8 and 9 in our complaint [Defendant's Response to Plaintiffs' Motion for Leave to File Amended Pleading, p.2 at 12.] In our Amended Complaint we made a clear and "plain statement of the claim showing the pleader is entitled to relief" and "a demand for relief is sought" [Rules of Civil Procedure 8(a)(2)(3).] The Defendants also state we have not followed Federal Rules of Civil Procedure 9 [Defendant's Response, p.2 at 12.] Federal Rule 9 (b) "In

alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake. Malice, intent, knowledge, and other conditions of a person's mind may be alleged generally." [Fed.R. Civ. P. 9 (b)] is addressed under "Fraud Sufficiently Plead" [Amended Complaint p. 28-29.] We clearly state the reasons we bring this action against BAC to the jurisdiction of the Eastern District of California, Sacramento Division. [Amended Complaint p. 2-4.] BAC's claims are vague and unclear about how we, the Plaintiffs, have not followed the Federal Rules of Civil Procedure.

BAC takes issue with our statement in the Motion for Leave to File Amended Pleading that the "Defendant will not be prejudiced by Plaintiffs' amended pleading because they themselves request one be produced to better state the claims." [Motion for Leave to File p. 2 at 5] BAC has repeatedly, (three times in this Response) and incorrectly stated that the wording of our allegations in our motions and responses has been "vague, confusing, and conclusory" [p. 2 at 4, 12, 20]. The purpose of our, the Ryan's, Amended Complaint is to be thorough and direct in answering Defendant's objections. There is much to cover in making clear and specific our allegations against BAC Home Loans Servicing, LP. We are addressing their request for specificity and clarity so as not to be "vague and confusing" to them.

Three times BAC states our Motion for Leave to File Amended Pleading "appears to have been copied and pasted from the Internet." [Defendant's Response, p. 2 at 1, 13, 23.] Much information is available to anyone with Internet access in today's modern world. One can have access to many legal documents such as wills, living trusts, health directives, in addition to court cases and documents. Within Pacer, under "Utilities," is a link to a research site, "Westlaw" which is a research site. The fact that research has been done on the Internet does not invalidate the document. It is highly probable that Defendant and/or their assignees have also used the Internet to do research in regards to this case.

BAC erroneously claims in their Response that we are "incapable of stating any viable legal claim" [p.2 at 10-11], "incapable of abiding by Federal Rules" [p. 2 at 11], "in capable of filing anything other than confusing, conclusory, and redundant Internet-copied pleadings and motions." [Defendant's Response p. 2 at 10-13.] They also use wording such as "bemoan",

"rehash", "prolix," which say nothing, but are abusive. BAC's Response reads as a personal attack with out addressing the issues. As said previously, BAC has not answered our allegations and claims. They have simply has thrown up a smoke screen of language to distract the court.

We, the Ryans, provide the accompanying points and causes in support of our Motion for Leave to File Amended Pleading.

## MEMORANDUM OF POINTS AND AUTHORITIES

## BACKGROUND

We, the Ryans, were seeking a sound investment to enhance our insufficient retirement income. We bought the property at 301 Gibson Dr., Unit 412 in January 2007. We believed we worked with professionals we could trust. The property was sold to us under the pretence that the property was increasing in value and we could resell it at a handsome profit in two years. The professionals said if we did not act quickly we would lose the benefit of the investment. No representative from the lender or any other parties involved were at the signing of the documents to answer our questions about the loan, the interest rate, and/or any part of the transaction. We, the Ryans, not being investment bankers, securities dealers, mortgage lenders, or mortgage brokers, reasonably relied upon the representations of the Defendants et al in agreeing to execute the mortgage loan documents. If we had known or suspected any false or fraudulent dealings, we would absolutely not, as reasonable, entered into the transaction to purchase the property on Gibson Dr., Roseville, CA. The property sold for $378,900 when we purchased it. An investor, Jim Cooper, recently offered us $120,000. The property lost approximately 68.5% of its value.

This was a carefully contrived scheme to defraud us of our property, retirement savings and stability. Once we became aware that fraud had been committed in the creation of the loan and the handling of the security, calling into question the legitimacy of the title, we proceeded to file our suit in the Eastern District Court of California. It is likely that the deed and the note have been separated. The holder of the title is questionable.

We intend to prove through discovery that the transactions of the note were not properly assigned.

## Causes for Action

Federal Rules of Civil Procedure 8(d)(1) state that "[e]ach allegation must be simple, concise, and direct. No technical form is required."

The causes for action are direct and clear and are stated with specificity. [Amended Complaint
- P. 22  Breach of Fiduciary Duty by Fraudulent Concealment
- P. 23  Lender's Agent: Common Law Fraud
- P. 24  Fraudulent Concealment
- P. 25  Conversion; Negligence/ Negligence Per Se
- P. 25-26  Unjust Enrichment
- P. 26-27  Breach of the Implied Covenant of Good Faith and Fair Dealing
- P. 28  Intentional Infliction of Emotional Distress
- Pp. 38-39  Fraud Sufficiently Plead (Federal Rules of Civil Procedure 9 (b)
- P. 39  Participatory and Vicarious Liability; Conspiracy

BAC Home Loans Servicing, LP are named in the lawsuit. BAC, as a branch of Bank of America, is the branch handling our loan. Bank of America assumed our loan and all responsibilities from Countrywide Home Loans. BAC is named in the suit because they are the entity that appear on the payment stubs, the "Statement of Breach or Non Performance and Election To Sell Under Deed of Trust Arizona," and the "Notice of Trustee's Sale" as the investors in the property who claim chain of title to give them the authority to foreclose on our property. We do not believe they have clear title or have the authority to foreclose on our property. The loan is faulty under TILA, HOEPA, RESPA and Regulations X and A. [Am. Compl. p.33 at 15-21.] We believe BAC are not the principals on the note.

We, the Ryans, as litigants, have "present(ed) to the court a pleading and written motion... formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery."
[Federal Rules of Civil Procedure 11 (b)(1)(2)(3).]

Respectfully submitted:

_Thomas Ryan 3/25/11_
Thomas Ryan
4446 Lazy Lane
San Jose, CA 95135
(408-274-7811)

_Karen Ryan 3/25/11_
Karen Ryan
4446 Lazy Lane
San Jose, CA 95135
(408-274-7811)

Karen.ryan45@yahoo.com

Dated this 25th day of March, 2010

Verification
California All-Purpose Certificate of Acknowledgment

State of California

County of Santa Clara

On March 25, 2011 before me, Henley Shao, Notary Public
(Here insert name and title of the officer)

personally appeared Thomas Edward Ryan and Karen Ann Ryan

who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities and that by their signatures on this instrument are the persons who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.



**NOTARY PUBLIC IN AND FOR THE STATE OF CALIFORNIA**          **Notary Seal**

(Reply in Support Motion for Leave to File Amended Pleading- 6

# CERTIFICATE OF SERVICE

We, Thomas and Karen Ryan, do swear and affirm that we have served a signed copy of the following document: Reply in Support of Plaintiffs' Motion for Leave to File Amended Pleading to any and all Defendants by way of U.S.P.S. Certified mail # 7010 1670 0001 3773 0609 and return receipt on the _____ day of March, 2011.

BAC Home Loans Servicing, LP
C/O BRYAN CAVE LLP
Bahareh Mostajelean
David N. de Ruig
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111

_____ Date 3/25/11      _____ Date 3/25/11
Thomas Ryan                        Karen Ryan
4446 Lazy Lane                     4446 Lazy Lane
San Jose, CA 95135                 San Jose, CA 95135

The Persons above, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to this document and acknowledged to me that he/she executed the same in their authorized capacity and that by their signatures on this instrument who are the persons who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

HENLEY SHAO
COMM. # 1816679
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. Oct. 10, 2012

_____          _____
NOTARY PUBLIC IN AND FOR                  Notary Seal
THE STATE OF CALIFORNIA

# CERTIFICATE OF SERVICE

We, Thomas and Karen Ryan, do swear and affirm that we have served a signed copy of the following document: Reply in Support of Plaintiffs' Motion for Leave to File Amended Pleading to any and all Defendants by way of U.S.P.S. Certified mail # 7010 1670 0001 3773 0616 and return receipt on the _____ day of March, 2011.

BAC Home Loans Servicing, LP
C/O BRYAN CAVE LLP
Sean K. McElenney
Michael B. Dvoren
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

_____ Date 3/25/11
Thomas Ryan
4446 Lazy Lane
San Jose, CA 95135

_____ Date 3/25/11
Karen Ryan
4446 Lazy Lane
San Jose, CA 95135

The Persons above, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to this document and acknowledged to me that he/she executed the same in their authorized capacity and that by their signatures on this instrument who are the persons who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
**NOTARY PUBLIC IN AND FOR
THE STATE OF CALIFORNIA**

**Notary Seal**

HENLEY SHAO
COMM. # 1816879
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. OCT. 10, 2012

(Reply in Support Motion for Leave to File Amended Pleading- 8)