UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THOMAS & KAREN RYAN,

    Plaintiffs,

  v.

BAC HOME LOANS SERVICING, LP,

    Defendant.
                               /

NO. CIV. 2:10-2928 WBS GGH

<u>ORDER RE: MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS</u>

----oo0oo----

Plaintiffs Thomas and Karen Ryan filed this action against defendant BAC Home Loans Servicing, LP, alleging federal and state law claims arising from defendant's allegedly wrongful acts in conjunction with a mortgage on plaintiffs' home.[1]  The

---

[1] Previously, in other matters, for the reasons stated in <u>Amstadter v. Bank of America</u>, No. CIV. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009), the undersigned judge has recused from handling cases in which any of the countless subsidiaries of the Bank of America were parties because the spouse of one of my law clerks owns a small amount of stock in the Bank of America. Because that law clerk was on maternity leave since before the Complaint in this action was filed, and has not had any involvement in this matter, there is no reason for recusal in

1  matter was referred to a United States Magistrate Judge pursuant
2  to 28 U.S.C. § 636(b) and Local Rule 302(c)(21).
3         On February 18, 2011, the magistrate judge filed
4  findings and recommendations herein, which were served on all
5  parties and which contained notice to all parties that any
6  objections to the findings and recommendations were to be filed
7  within fourteen days.  Plaintiffs have filed objections to the
8  findings and recommendations.
9         In accordance with the provisions of 28 U.S.C. §
10 636(b)(1)(C), this court has conducted a _de novo_ review of this
11 case.  Having carefully reviewed the entire file, the court finds
12 the findings and recommendations to be supported by the record
13 and by proper analysis.  The court will adopt the findings and
14 recommendations and will grant defendant's motion to dismiss and
15 deny plaintiffs' application for a preliminary injunction.
16         Accordingly, IT IS HEREBY ORDERED that:
17         1. The findings and recommendations filed February 18,
18 2011, are adopted;
19         2. Defendant's amended motion to dismiss, filed
20 December 17, 2010 (Docket No. 23), is GRANTED; and
21         3. Plaintiffs' ex parte application for preliminary
22 injunction, filed February 4, 2011 (Docket No. 27), is DENIED.
23 DATED:  April 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

28 this instance.