# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KAREN RYAN, ET AL.,**

CASE NO: **2:10–CV–02928–WBS–GGH**

v.

**BAC HOME LOANS SERVICING, LP,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/7/11**

**Victoria C. Minor**
Clerk of Court

ENTERED: **April 7, 2011**

by: /s/ H. Kaminski
Deputy Clerk